DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PORT MANATEE CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**KEITH BESSETTE,**
Appellee.

No. 4D2025-1117

[March 11, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Hon. Michael Joseph McNicholas, Judge; L.T. Case No. 2024-CA-000595.

Michael Dermody, Lilliana M. Farinas-Sabogal of Becker & Poliakoff, P.A., Stuart, for appellant.

Ryan Scott Copple of Copple Sachs Copple, P.A., Jupiter, and Robert Jeffrey Hauser of Sniffen & Spellman, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See, inter alia, Neate v. Cypress Club Condo., Inc.*, 718 So. 2d 390, 393 (Fla. 4th DCA 1998) ("[S]ection 718.1255(4)(k) expressly states that an arbitration decision is final unless a party formally files a complaint for a trial within 30 days afterwards.").

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***